# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139646

ROSEMARY SMOTER and DAVID SMOTER,
        Plaintiffs-Appellants,

v                                                              SC: 139646
                                                               COA: 283986
                                                               Oakland CC: 2006-075431-NH
NANCY Z. LOCKHART, M.D., HURON
VALLEY HOSPITAL, INC., d/b/a HURON
VALLEY-SINAI HOSPITAL, HURON
VALLEY-SINAI HOSPITAL QUICK CARE
and DMC HOSPITAL PARTNERSHIP,
        Defendants-Appellees.

_____/

        On order of the Court, the application for leave to appeal the August 4, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

        HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2010

_____
Clerk

d0120